To: mauiflygirl1 <mauiflygirl1@aol.com>
Sent: Tue, Jan 2, 2018 3:01 pm
Subject: Fwd: attn Glen US FEDERAL LAWSUIT AGAINST STATE OF FLORIDA CORRECTIONAL FACILITY IRC SHERRIFF

yeon.katzawa@gmail.com
-----Original Message-----
From: mauiflygirl1 <mauiflygirl1@aol.com>
To: mauiflygirl1 <mauiflygirl1@aol.com>
Cc: print.marketing0452 <print.marketing0452@staples.com>
Sent: Tue, Jan 2, 2018 1:13 pm
Subject: attn Glen US FEDERAL LAWSUIT AGAINST STATE OF FLORIDA CORRECTIONAL FACILITY IRC SHERRIFF

Patricia Hunt

VS.

State of Florida Correctional Facility,
DERYL LOAR individual
INDIAN RIVER SHERRIFF DERYLL LOAR
AND THE INDIAN RIVER SHERRIFFS DEPARTMENT
LT. DERRL MULLINAX individually
Lt. Smith individually Director of Internal Affairs
Sargent Abollo new Director of Internal Affairs
Indian River Court Security Sargent Croneberg
Lt. Mullinax and other specific law enforcement officers


Indian River Clerk of Court Jeffrey Smith  individually
and specific Civil Clerks of Court employees
waiting on numerous public records  request for legal names
Linda Beckford individually etc.,
Elizabeth Curra NY resident C. Cox
more parties to be added waiting on evidence


Key Bank National, Ari Ben Aviator, College of
Michael Cohen, T.J. Mete individually
Aviator College, ACCSCT, State of Florida Education


Complaint

Introduction

1.) Plaintiff temporary pro se Patricia Hunt brings this suit in the equity of deprivation of rights, privilege's, and immunities' by the United States Constitution and laws of the Untied States.  In addition, this case will show cause of "public importance due to severe violation of rights and severe obstruction of justice 18 USC 1503" which Ms. Hunt was a victim and witnessed several other law abiding citizens who were disabled like  Ms. Hunt , VA Veteran, African American and other ethnicities who all had civil court cases ie: a VA Veteran illegal bank mortgage foreclosure cases or personal injury court cases to be a victim including a former state attorney for Indian River County Wendy Young (disabled due to being struck by a car)who publically spoke to the Press Journal Vero Beach newspaper and was hushed up after about in the news paper who had an accident case pending in the same court house.

Ms. Hunt witnessed her and Ms. Hunt and several other people who were on going harassed in the law library which was in at the time the Indian River County Court House which has since been disassembled with very little if any law books to a public law library across the street.  Due  to public corruption in the

2

State of Florida which Ms. Hunt has had to deal with along with many other law abiding citizens and Ms. Hunt believes Adrianna Huffington of the Huffington Post stated approximately five years ago the most corrupt state in the union was Florida.  I had the honor and privilege of meeting her at the Emerson Building and Supreme Court Judge Scalia  and US Supreme Court Sandra Day O'Connor at John's Island Country Club, Windsor Country Club in Vero Beach , Florida  where I had worked for many high profile well known families including out of state Judges around the world while I was putting myself through flight school which was extremely expensive.   Ms. Hunt  took out a loan based on her excellent credit a small loan from Key Bank National and the night mare began!   Ms. Hunt would not receive her fair "due process."  Due to conflict of interest with State of Florida specific officials and specific Federal officials in the State of Florida which Ms. Hunt has been recently made aware of the conflict of interest with lower court State Judge and at least one US Federal Judge who was a IRC County State Judge and higher State of Florida Judges along with other State Officials.  Ms. Hunt was informed of a conflict of interest with State officials very high up due to a cousin who is now deceased.  Ms. Hunt is requesting a neutral territory where this case would be heard "without a conflict of interest with State of Florida officials who one is  now US Federal  officials in Florida which Ms. Hunt was warned by several Broward County attorneys and retired Judges due to a cousin who is now deceased.   Ms. Hunt was warned by several legal people she would NEVER WIN ANY OF HER cases in the STATE OF FLORIDA a cousin who is deceased ie: slip and fall Hunt vs. Ross Dress For Less which she has more than sufficient evidence in lower court and higher court courts files .   Due to severe  public corruption Ms. Hunt would not receive her" fair due process in the State of Florida" due to a conflict of interest with both State and two US Federal Judges.  Ms. Hunt had not been  receiving her US Federal court papers in the US mail and apparently a State prison inmate had been receiving for over a year approximately Ms. Hunts US Federal court papers.  Ms. Hunt has a filed a complaint with the United States Post Master who was at the time Patrick Donahoe and with US Post Master Ms. Megan Brennan which complaints have been filed to regarding my US mail.  In addition, to the Office of the Inspector General for the State of Florida  who's office was suppose to investigate and take a statement from me and get back to me that was many, many, many, many, many, many, months ago which I have done my due diligence and the OIG of the State of Florida who oversees the Prison system has been avoiding my calls which have been documented when you can get someone to answer the phone which has also been documented.  I was recently informed by a US Federal Miami clerk to speak with the US District Attorneys office to file a complaint and they informed me I need to file it to Washington, DC they were going to get back to me on the direct contact agency which I am following up with this week.  Ms. Hunt has figured out how this believed "court error" happened and has tried her due  diligence despite the many obstacles she has had to overcome  with the corruption.  Ms. Hunt was contacted by US Mail with an open envelope stamped correctional facility not understanding what had happened to the envelop opened she asked the US Post Master at the time in Vero Beach Florida where she had a PO Box she opened the envelope with was taped shut with one piece of tape and sliced open and read a letter from a State inmate who explained he had contacted the appropriate people at the Northwest Facility Prison /Correction Facility and a long time went by the inmate did not apparently have money to buy stamps and had tried to do the right thing I believe however the Prison did not.  The Warden at the Northwest Facility agreed to obtain an affidavit from the inmate which was signed but not notarized and was sent to Ms. Hunt.  Ms. Hunt not being an attorney but knows a Judge will want a notarized document stamped tried to contact the Northwest Facility numerous times and was getting now where to find state    correctional employees informed me the inmate was moved Ms. Hunt requested were then she was told he was lost( I kid you not) in the system they had no idea.  How do you loose an inmate? Then I was told he was deceased so I insisted on seeing a copy of the obituary then I was told "oh we found him he is in Miami for sentencing I was told by the correctional facility that I could drive at the time approximate four hour drive to Miami to go speak with US Federal Judge after arriving I found the court room the US Marshall stated no one was allowed in but the inmate and the Judge it was a private sentencing so I asked how would I be able to find where the inmate would be transferred to and I was told he was going back to the same facility he had been at when I tried to contact this facility they informed me he was moved again and they did not know where by staff?  Again how do you not know where you are moving a prisoner and you have no information this makes no logical sense.  I had been on the phone doing my due diligence to contact the State facility and I was given the run around I wrote the Governors Office, contacted the Attorney General 's Office of citizen services and they had no idea even recently I had contacted someone from the Executive Offices and one of the staff who stated he would get right back to me and is no longer their had no idea who was incharge of the state of Florida Prisons who  I now know is appointed by the Governor. The inmate was moved from Applachee which I later found out during the same time frame the prison was under investigation for violating rights according to what I was shown in a news article.  I had tried for along time to request where this inmate was and given all sorts of answers leading me on a wild goose chase. Ms. Hunt did her due diligence to find this inmate which was a nightmare in itself dealing with prison

employees who were rude, mean , down right nasty treating me an outside law abiding citizen like I was some form of an animal instead of a person.  This has been a nightmare, I now have reason to believe the witness is being threatened I finally found the inmate at Northwest facility and I have made numerous attempts to  get  his notarized affidavit signed and I have specific state employees who have decided to play lawyer  which is illegal without a license.   I left numerous messages with the Warden with his secretary she has been rude and even stated she could care less whether my US mail gets to me or not and laughed about it. I  I have specific prison employees who have severally obstructed justice 18 USC 1503 and one a Captain Watford who has been demoted now after I was instructed to send the papers for the inmate signed back to Captain Watford so I did..   Captain Watford stated on the phone Ms. Hunt we do this all the time it would take a few minutes no problem and he would mail it back which I sent a self addressed envelop.  Classification Officer Merrill apparently according to him intercepted it and opened it when it was not addressed to him it was addressed to Captain Watford per his instructions and the instruction of the  prison.  Ms. Hunt  was in the hospital for edema and had to have heart test done on her heart on the week and of Christmas  holiday.

2.) Jurisdiction

This court has jurisdiction over the 18 USC 1503, 42 USC 1983, pursuant to 28 USC 1343


3.) The facts constituting the cause of action of the complaint


Comes now pro se, Patricia Hunt would humbly request to file pauper is due to a slip and fall accident in October 1, 2005 filed in 2007 due to incompetent attorneys highly recommended by the Florida Bar caused by the negligence of Ross Dress For Less when she broke her left wrist , lower back, injuring middle back , left jaw, lost left back molar and other internal damage in 2005 against Ross Dress For Less case filed in 2007 Indian River County Court House by attorney Carl Borgan who since has been disbarred by the Florida Supreme Court(see public records online) Florida Supreme Court.  Dorothy Small and Maria /Christine Camacho vs. Ross Dress For Less a few years after which the Indian River County Court kept from Ms. Hunt and her attorneys during crucial times of her court case. Both cases showing a repeaditive history.   Ms. Hunt had witnesses an off duty police officer from another county and a mother and daughter which affidavits were in case file won summary judgement and rotating Judge Cynthia Cox reversed case decision not properly noticing me by US mail which US POST MASTER stated in a letter due to the envelope it would have never been delivered.  MS. Hunt filed a notice of unavailability(while in between looking for new counsel) due to her father was terminally ill and rushed 911 she was never properly noticed according to the US Post Master .  Pro se litigant in this case are being filed by Plaintiff In Propria Persona, wherein pleadings are to be considered without regard to technicalities. Propria, pleadings are not to be held to the same high standards of perfection as practicing lawyers. Please See Haines v. Kerner 92 Sct 594, also See Power 914 F2d 1459 (11th 1990) Judge Cox was asked to recuse herself and their are affidavit's done in court file explaining me witnessing   her highly intoxicated pulling her out of a water way when she claimed to be a Ft. Pierce Judge stating she owned "St. Lucie County."Ms. Hunt had no other issues with any of the other numerous rotating judges that were on here case.  Ms. Hunt later found out there was a conflict of interest   and the temporary attorney Mr. Grant who was suppose to hand over  to he stated a large firm out of Miami grossly misconstrued the facts and lied prior to hearing had walked in to a public coffee shop and threatened to kill a women which I witnessed when I was trying to get my records back from him which he refused and ran out of the coffee shop when they threatened to call the police staff informed me later on this has happened on more than one occasion with him threatening people. The attorney appeared nd demonstrated very violent behavior and I had to have a witness and two law enforcement officers go get my organized detailed files which the police stated they could not force him I received partial with bird poop all over them and he filed a "threat to cast a spell on me" its in the court records and made threats to lower court Judge which I called the Florida Bar and staff and lawyers they found this funny which felt this was sick and they needed to do something even after I Florida Bar complaint with more than sufficient evidence with proof the temporary attorney I later found out was on medication and a VA veteran with severe medical issues and he should not be practicing law!  This is truly a disgrace to the legal system which is one of the reasons I never wanted to be an attorney because I have about a mustard seed of faith in our legal system today!  My parents want me to be a lawyer and I did not belive

Ms. Hunt  along with many other Indian River County  law abiding citizens were  denied their Constitutional  rights were violated both by the abuse of public corruption of specific Indian River County

public servants which will be added after supeanos will be requested by the court which numerous public records request per 5 USC 552 have been delayed given excuses and specific ones ignored by Attorney Barkett and Sherriff Loar, Attorney Jeff Harprin Internal Affairs Director Lt. Smith who was investigated and newly appointed Sargent Joseph Abollo of the Indian River County Internal Affairs who has refused to provide case numbers to specific complaints so Florida Law Enforcement can even do an investigation against specific law enforcement officers.  They were investigated prior when Govenor Rick Scott replaced the head of FDLE.   Ms. Hunt is filing this complaint as a matter of " public importance" of her United States Constitutional rights of due process were severally violated along with many others she has continued  to witness regarding public servants of office who are suppose to uphold the law and follow the law and specific officials feel they are above the law and have severally abused their power and authority.  Ms. Hunt moved to Florida but had signed the contract while in New York with Key Bank National for her flight school training due to her slip and fall she was expelled from school because she could not fly and later found out the flight school had committed fraud and received more money with out her permission

**Due Process of Law, provided in the 5th article and 14th amendments of the Constitution provide all citizens certain inalienable rights to a fair and impartial trial and/or hearing where persons are required to be viewed as innocent until proven guilty.  This has NOT been the case in Indian River County and in specific parts of the state of Florida. It has become exceedingly clear that Due Process of Law for average citizens who are up against politically connected persons in the local Legal/Judicial system have these rights removed. This amounts to nothing less then treating them as though they are not citizens, stripping them of their rights. In some cases which have been evidenced it amounts to an Obstruction of Due Administration of Justice. These are felonies and in a proper legal system would result in criminal prosecution of these public servants.**

**Due Process in the 5th article of the Constitution was actually insisted upon by the New York delegation to the Constitutional Congressman.  Ms. Hunt would humbly request due to the conflict of interest and the inability to receive even a chance at  a "fair trial in the State of Florida" due to she believes due to public corruption and a conflict of interest.** River Sherriff's Department law enforcement officers who worked at the Indian River County Court House and the Indian River Sherriff's Department including an attorney Wendy Young who had a personal injury case.  Indian River Sherriff's Department will be known from this point on to ie: IRC Sherriff,  Indian River County Court House will be ie: IRCCH. MS. Hunt and other FAA students some filed cases back in their homes Federal courts Ie Silver State Helicopter School, Tab Express, At Ben Aviator now Ari Ben College  and many more regarding the fraud and unfair deceptive trade practices prior to the mortgage fraud and banking violations being exposed.

The Fourteenth Amendment Due Process Clause and Equal Protection clause (Section 1), expressly declares no state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;nor shall any State deprive any person of life, liberty, or property,without due process of law..."The Fourteenth Amendment, Section 3, provides in pertinent part that "No person shall hold any office, civil or military, under the United States or under any State.....who, having previously taken an oath,....as an executive or judicial officer of any State to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same. A Title 42 1985 action which seeks compensatory and punitive damages in conjunction with equitable relief as in this case is considered a legal claim, entitling Plaintiff to a jury trial. See An-Ti v. Michigan Technological Univ., 493 F. Supp. 1137. Plaintiff alleges a "class based", invidiously discriminatory animus is behind the conspirators' action as the Court records reflect. That the actions were clearly a product of bias and prejudice of the Court. See Griffen v. Breckridge, 403 U.S. 88, 102 (1971) The U.S. Supreme Court acknowledged in Bray v. Alexandria Women's Health Clinic 113 S.Ct.753 (1993)It is also important to note in Bray the U.S. Supreme Court's interpretation of the requirement under 1985(3) that a private conspiracy be one "for the purpose of depriving... any person or "class" of persons of the equal protection of the laws, or of equal privileges and immunities under the laws, which the Court said mandates "an intent to deprive persons of a right guaranteed against private impairment. Supreme Court has ruled that "private parties" may be held to the same standard of "state actors" in cases such as the instant cause where the final and decisive act was carried out in conspiracy with a state official. See Dennis v. Sparks, 449 U.S. 24, 101 S. Ct., 183 and Adickes v. S.H. Kress & Co., 398 U.S. 144, 90 S. Ct. 1598.

The following US Federal laws were violated against Ms. Hunt when she was denied public access to a 'PUBLIC COURT HOUSE BUILDING WHERE SHE HAD TWO COURT CASES PENDING AT THE TIME

both in lower a HIGHER COURTS. " Ms. Hunt was denied her public court case records by Civil clerks of court who thought this was funny and laughed about the matter. Ms. Hunt had contacted the First Amendment foundation and spoke with several different people who stated they have heard of this problem with this county court and they had been warned by the First Amendment Foundation according to employees who informed Ms. Hunt and several other law abiding citizens who were denied access to their Attorney Erick Barkett has refused to provide their legal names per public records 5 USC 552) not only gave Ms. Hunt false legal advice, but falsified a police report (felony)to Indian River Sherriff's Department and Lt.Mullinax co conspired with on going harassment because he "stated he was sick of "seeing Ms Hunts ugly face in his court house! Ms. Hunt was displaced because of severe high medical bills and was not able to work she lost everything and was also unable to find place to live due to this effecting her credit which effected her employment and the downward nightmare spiral of approximate 10 year night mare which has violated her right to a speedy trial! Ms. Hunt could not afford to pay for approximately seven thick files of court papers she would come into court trying to find an attorney in the law library being harassed by law specific enforcement officers who wanted to use to internet computers for their own personal use while on the job.

Due to the slip and fall accident and her Federal Aviation Flight school unfair deceptive trade practices, fraud with malicious intent extrinsic fraud inters who were and specific other law enforcement officers who were working that day "harassed, intimidated and one threatened her a trespass against her the day she was on her way to go work for out of State Judges family. Lt. Mullinax the head security Indian River law enforcement officer at that time in charge of Indian River County Court House and Clerk of Court Mr. Jeffrey Smith during Ms. Hunt requested immediately after each and every incident a copy of the video surveillance tape not to be moved altered or destroyed or this would be expoilation of evidence both with the Indian River County Security Director Lt. Mullinax and other incidents of being harassed and intimidated by Sargent Croneberg the other Director of Security Ms. Hunt was informed. The Clerk of Court has now obtained legal counsel and their are several lawsuits pending against Indian River Sherriff one of a alleged wrongful death lawsuit from law enforcement officers who were to believed again to abuse their power which cameras were on in transport but apparently cut (see Brad Martinez Justice For Brad) Ms. Hunt filed in many court filings after being threatened and on going harassed and I was in fear for my life! I do not know Mr. Martinez and my sympathy goes out to the family because this is the kind of abuse that the Sherriff's Department has continued since Sherriff Loar has been in office to get away with. Ms. Hunt WILL BE AMENDING COMPALINT ONCE SHE OBTAINS ALL THE LEGAL NAMES FROM CLERK OF COURT AND THE IRC SHERRIFF SHE HAD BEEN IN hospital.

Ms. Hunt has publically spoken out which is also public records she was warned to before she was harmed or went missing due to retired Sherriff and Judge stated they were going to try to give me a criminal record after a n article went on line Ms. Hunt was not aware of nor did she know the person or give him permission to post her court documents on line.ne IRCjudicial corruption.com which she tried to get a Judge to have removed but they have iignored the request.

The Northwest Facility specific staff have played games in getting my signed affidavit and specific employees have continued to obstruct justice 18 USC 1503 intercepting my mail after I had spoken with the State of Florida Legal Department they stated to mail the documents which I have several times co certified mail and they have been written on destroyed spilled liquid on trying to destroy evidence. I am waiting for a list of the specific legal names I will be mention ing individually in this case and I will be requesting supeanos for public records immediately with the court. I have left numerous messages for the State of Florida Secretary Julie Jones and her staff has first refused to prove a direct phone number or proper working email numerous times. Classification Officer Mr. Merrill , Lori Wardens Secretary I am waiting on her legal last name, two legal counsel that I spoke with, Captain Watford (who tried to help me and I was later told he was demoted)Warden Angel Gordon who works for Secretary Julie Jones which I do not believe they ever forwarded my emails or phone messages along with other staff to this office. Ms. Hunt will be amending this complaint once she receives the correct legal names this week Northwest Facility and from Secretary Julie Jones office. In addition to her number public records request from the Indian River County Court House Civil Clerk of Court Division any and all staff employed from 2007 to present both full time part time and any floater help from other areas of the courthouse which Attorney Mr. Barkett and Clerk of Court have refused to cooperate and after filing this I believe they will cooperate or I will be filing supeanos to the court next sometime this week per continuous violation of public records both IRC Court and Clerk of Court Jeffrey Smith and IRC Sherriff's Department Internal Affairs Division which I will be sending a copy of this to the Governor and the Attorney General Office and Public Records Division which I believe after filing people will start to cooperate. I have also requested my phone company not to move alter or destroy any of my phone records as evidence to the court. IRC Clerk of

Court with dark hair refused to provide me her name ripped evidence out of my court file and attempted to hand to me which was caught on camera in the corner camera in the entrance of the civil division.  Ms. Hunt is requesting due to "threats and harassment by specific law enforcement officers both in and out courthouse and of for her address to not be for public record and due to her US Federal mail being sent with her old PO BOX  to  state inmate in Florida. Both the IRC County Clerk of Court Jeffrey Smith , IRC Sherriff Loar , IRC Sherriff Security for the Court House were told after each every incident not to move alter or destroy the video tape from the inside front entrance of the IRC Court House or the Civil Division front entrance camera in the corner and back. Ms Hunt has filed with the Chief Judge of Indian River County not to move alter or destroy Hunt Vs. Ross , Christine /Maria Camacho Vs. Ross Dress for Less Dorthoy Small Vs. Ross Dress For Less or KB ARI Ben Aviator  etc.
The following US Federal violations:
Rico Case Law:
The defendants constitute an illegal enterprise in acts or threat of acts in
violation of Civil Rico Federal Racketeering Act USC 18, 1961-1963 et seq.
The following are particular violations:
18 USC 241: Conspiracy against Rights of Citizens:
18 USC 3: Accessory after the fact, knowing that an offense has been
committed against the United States, relieves, receives, comforts or assists
the offender in order to hinder or prevent his apprehension, trial or punishment.
18 USC 242: Deprivation of Rights color of law of rights protected under the
Constitution of the U.S.
18 USC 512: Tampering with a witness
18 USC 1341: Mail fraud
18 USC 1343: Wire fraud
18 USC 1503: Obstruction of justice
18 USC 1510: Obstructing of criminal investigation
18 USC 1513: Retaliating against a witness, victim or informant
18 USC 1951: Interference with interstate commerce
18 USC 1621: Perjury
18 USC 1001: Fraud
Continued statute of limitation in ongoing activity (conspiracy)


4.) DEMAND FOR RELIEF

Plaintiff request demand for relief:

1.) Apology from specific law enforcement officers who violated their oath as a police officers and abused their privilege and rights to willfully harm myself a law abiding citizen and many other citizens of Indian River County and disciplinary actions what the court and jury see fit.  Apology by the specific State of Florida Prison employees who found this funny even bragged that they could care less whether my US mail got to me or not.

2.) Ms. Hunt would like body cameras on each and every law enforcement officer in Indian River County , St. Lucie County due to public corruption and for the Sherriff Offices main hallway entrances and inside the administration offices to have working recorded cameras which are saved and reviewed by an advocacy group of Indian River County St. Lucie County and FDLE on a regular basis due to the severe public corruption that she and other law abiding citizens including a former state attorney have witnessed for years in these two counties.  In addition to cameras and recorders be in State Attorneys administrative offices any and all incoming phone calls be recorded and documented and kept for at least five years.  Ms. Hunt believe their are some really good men and women law enforcement officers who risk their lives ever day in the line of duty and the body cameras will both protect them in the line of duty the police officers who are doing their job properly and this will also record the police officers who are not doing their job properly and if those dishonest officers try to shut off the body camera during a incident if there are two officers working together there would be a back up filming for the hardworking honest police to film a dishonest partner at which time they would be able to turn into their commanding officers (anonymously) to weed out the dishonest police and keep the ethical and honest police who really take pride in their public position helping protect and serve.

3.) For  any and all attorney fees

7

4.) For the damages of tortious conduct of the defendant (s) in depriving and conspiring depriving plaintiff of her constitutional rights and for severe obstruction of justice 18 USC 1503, and civil rights under the color of law both compensatory, punitive damages in the amounts which will be approved by a jury trial in New York where she will get a fair trial and for the years of pain and suffering her and her family were put through and the stress of this public corruption and ongoing threats to her caused one of her family member's to have a heart attack on Ms. Hunts birthday 9-11 and die, Ms. Hunt had three funerals during this severe public corruption. Temporary Pro se litigants may be entitled to Attorney fees and costs under the Civil Rights Attorney's Fee Award Act of 1976, 90 Stat. 2641, as amended 42 USC 1988

5.) For more video cameras to be in the Clerks Office every area where the Clerks File and handle any and all court records in IRC County iled and saved in the IRC County Court House

I here by certify copies were mailed to the following parties:

on December 29, 2017

and Jan.2, 2018

Patricia Hunt
Ms. Hunt is requesting the court to email her at tskypilot1111@yahoo.com to insure she receive all her court documents mauiflygirl1@aol.com due to this mail error with the court and problems documented with the United States Post Office and she is unsure how long this has been for..

Indian River Sherriff et all
The specific Law enforcement officers of the Indian River County Sherriff Court security
Lt. Mullinax, Sargent Croneberg Head Security
41st Ave. Vero Beach, Florida 32960
(772) 569-6700 attorney Jeff Harprin individually

Indian River Clerk of Court Jeffrey Smith individually
2000 16th Ave.
Vero Beach, Florida 32960
**Phone:** (772) 770-5165
Indian River Clerk of Court and specific employees of the Civil Division

Attorney Erick Barkett individually 2165 15th Ave. Vero Beach, Florida 32960 (772-567-4355)

Elizabeth Curra in NY and all parities above
Ari Ben College , AKA Ari Ben Aviator and College of Science & Technology Ft. Pierce Florida & Texas ACCSCT in Virgina

8